1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  JEFF MITCHELL (CABN 236225)
   Chief, Criminal Division
4  SLOAN HEFFRON (CABN 285347)
   WENDY M. GARBERS (CABN 213208)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Email: Sloan.Heffron@usdoj.gov
       Wendy.Garbers@usdoj.gov
9
   Attorneys for United States of America
10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                  OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,            )   NO. 25-CR-435-HSG
                                         )
15          Plaintiff,                   )   **STIPULATION TO EXCLUDE TIME FROM**
                                         )   **FEBRUARY 18, 2026, TO APRIL 22, 2026,**
16     v.                                )   **AND ORDER**
                                         )
17  AFATUPETAIKI FAASISILA, and ANDRES   )
    PALESTINO,                           )
18                                       )
            Defendants.                  )
19  _____)

20
21       It is hereby stipulated by and between counsel for the United States and counsel for the

22  defendant AFATUPETAIKI FAASISILA, and ANDRES PALESTINO, that time be excluded under the

23  Speedy Trial Act from February 18, 2026, through April 22, 2026.

24       At the status conference held on February 18, 2026, the government and counsel for the

25  defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could

26  continue to prepare, including by reviewing the discovery already produced. For this reason and as

27  further stated on the record at the status conference, the parties stipulate and agree that excluding time

28  until April 22, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C.

1  § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding
2  the time from February 18, 2026, through April 22, 2026, from computation under the Speedy Trial Act
3  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),
4  (B)(iv).

5  The undersigned Assistant United States Attorneys certify that they have obtained approval from
6  counsel for the defendants to file this stipulation and proposed order.

8  IT IS SO STIPULATED.

9  DATED: February 19, 2026                          /s/
                                                    SLOAN HEFFRON
10                                                   WENDY M. GARBERS
                                                    Assistant United States Attorneys

12 DATED: February 19, 2026                          /s/
                                                    JOHN PAUL REICHMUTH
13                                                   Counsel for Defendant Afatupetaiki Faasisila

15 DATED: February 19, 2026                          /s/
                                                    MARK GOLDENROSEN
16                                                   Counsel for Defendant Andres Palestino

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 18, 2026, and for good cause shown, the Court finds that failing to exclude the time from February 18, 2026, through April 22, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 18, 2026, to April 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 18, 2026, through April 22, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 2/20/2026

HAYWOOD S. GILLIAM, JR.
Hon. United States District Judge